**CSD 1162** [08/22/03]

Name, Address, Telephone No. & I.D. No.

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200

Order Entered on
April 09, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Giselle Soltero<br>                                Debtor. | BANKRUPTCY NO. 10-02161-JM7 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-7 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2006-7<br>                                Moving Party | RS NO. ASW-1 |
| Gislelle Soltero, Debtor; and Leslie T. Gladstone, Chapter 7 Trustee;<br>                                Respondent(s) | |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY   ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __3__ with exhibits, if any, for a total of __4__ pages, is granted. Motion Docket Entry No. __10__

//
//
//
//

DATED: April 09, 2010

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

The Wolf Firm
(Firm name)

By: /s/Alan Steven Wolf
      Attorney for Movant

**CSD 1162**

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Giselle Soltero                                     CASE NO: 10-02167-JM7
                                                            RS NO.: ASW-1

The Motion of <u>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-7 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2006-7</u>,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on <u>March 22, 2010</u>, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. <u>11</u>, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on <u>March 22, 2010</u>, and

☑ Debtor *(Name)*: Giselle Soltero

☑ Debtor's Attorney *(Name)*: Cynthia Eucis[

☑ Trustee *(Name)*: Leslie T. Gladstone

☑ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:


No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☑ The following real property:

   a. Street address of the property including county and state:

      819 East 5th Street
      National City, CA 91950
      San Diego County.

   b. Legal description is ☑ attached as Exhibit A or ☐ described below:


2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:


IT IS FURTHER ORDERED that *(Optional)*:

The 14 day stay described by Bankruptcy Rule 4001(a)(3) is waived.


CSD 1162

*Signed by Judge James W. Meyers April 09, 2010*

*Signed by Judge James W. Meyers April 09,2010*

# EXHIBIT A

**9224**

ORDER NO. 36312162

EXHIBIT "A"

The Southerly ten feet of Lot(s) 7 and Lots 8, 9 and 10 in Block 9 of Frank A. Kimball's Subdivision of 20 acre Lot 3, in the Quarter Section 131 of Rancho De La Nacion, in the City of National City, County of San Diego, State of California, according to the Map thereof No. 98, filed in the office of the County Recorder of San Diego County.

3

*Signed by Judge James W. Meyers April 09,2010*